**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 1:07 pm, Dec 16, 2020*

JERRY CARTER, JR.,

      Petitioner,

      v.

LINDA GETER,

      Respondent.

CIVIL ACTION NO.: 2:20-cv-58

**O R D E R**

Petitioner Jerry Carter ("Carter"), who is currently incarcerated at the United States Penitentiary-Thomson Satellite Camp in Thomson, Illinois, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 while he was housed at the Federal Correctional Institution in Jesup, Georgia.  Doc. 1.  Carter has now moved to change venue, doc. 7, which the Court **GRANTS**.

District courts are authorized to grant writs of habeas corpus "within their respective jurisdictions," 28 U.S.C. § 2241(a), and such writs "shall be directed to the person having custody of the person detained."  28 U.S.C. § 2243.  Therefore, the proper party respondent is the "person who has the immediate custody of the party detained, with the power to produce the body of such party before the court or judge."  Rumsfeld v. Padilla, 542 U.S. 426, 434–35 (2004) (citation omitted).  Similarly, because "the court issuing the writ [must] have jurisdiction over the custodian," in "habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."  Id. at 442–43 (citation omitted).  To this end, courts in this District maintain a "longstanding practice" of transferring § 2241 habeas petitions

to the district of incarceration.  28 U.S.C. § 1631 ("Whenever a civil action is filed in a court . . . and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action . . . to any other such court . . . in which the action . . . could have been brought . . . .").

Because Carter is housed in a federal facility in Thomson, Illinois, the proper party respondent is the warden of that institution.  Accordingly, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the Western Division of the District Court for the Northern District of Illinois.  28 U.S.C. § 93(a)(2).

**SO ORDERED**, this 16th day of December, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2